No. 201, Misc.  HORTON v. VIRGINIA.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 202, Misc.  BROCCOLI v. KINDELAN, WARDEN.  Supreme Court of Rhode Island.  Certiorari denied.

No. 205, Misc.  GARRISON v. PENNSYLVANIA.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.

No. 206, Misc.  SAM v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 207, Misc.  KOSTAL v. CALIFORNIA.  District Court of Appeal of California, Second Appellate District.  Certiorari denied.

No. 208, Misc.  MARRON v. RAGEN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 210, Misc.  WATSON v. SCHOOL DISTRICT OF MC-KEESPORT.  Supreme Court of Pennsylvania, Western District.  Certiorari denied.  *Ralph E. Powe* for petitioner.  *Elder W. Marshall* for respondent.

No. 214, Misc.  CAMPIGLIA v. NEW YORK.  Supreme Court of New York, Appellate Division, Second Department.  Certiorari denied.

No. 215, Misc.  STINCHCOMB v. CALIFORNIA ET AL.  District Court of Appeal of California, Third Appellate District.  Certiorari denied.